ACCEPTED
03-14-00483-CR
3936630
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 3:51:18 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00483-CR

IN THE COURT OF APPEALS FOR THE
THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 3:51:18 PM
JEFFREY D. KYLE
Clerk

*Terry Lynn Stevens*

*v.*

*The State of Texas*

**APPELLANT'S FIRST UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE BRIEF OF APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

Appellant, Terry Lynn Stevens, respectfully presents this first motion to extend time to file his brief pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d). In support of his motion, Appellant would show the Court as follows:

**I.**

Appellant's brief is due January 28, 2015.

**II.**

Appellant requests additional time to complete the brief. This extension is necessary because the following matters have prevented undersigned counsel from completing the brief:

1. Undersigned counsel has been diligently working but has been unable, despite his diligence and best efforts, to complete the brief by the deadline.

2. Undersigned counsel is requesting the court to extend the deadline in this case to April 28, 2015.

3. Undersigned counsel, a solo practitioner without staff, is appointed to represent Appellant.

4. Undersigned counsel has numerous appointed trial and appellate cases which have prevented him from working on the brief in this case. These cases include the following: *The State of Texas vs. Grant Wayne Cole,* Cause No. 41714, 424th Judicial District of Burnet County, Texas; *The State of Texas vs. Chasity Hunt,* Cause No. 41553, 424th Judicial District of Burnet County, Texas; *The State of Texas vs. Jeffery B. Dollar,* Cause No. 41727, 424th Judicial District of Burnet County, Texas; *The State of Texas vs. Jeffery B. Dollar,* Cause No. 41220, 424th Judicial District of Burnet County, Texas; *The State of Texas vs. Jeffery B. Dollar,* Cause No. 41715, 424th Judicial District of Burnet County, Texas (counsel has resolved 10 felony and 3 misdemeanor cases in two counties for this defendant); *The State of Texas vs. John Martin Blades, Jr.,* Cause No. 1101, 33rd Judicial

District of Blanco County, Texas; *The State of Texas vs. Lillian A. King,* Cause No. 5730, 33rd Judicial District of San Saba County Texas (capital murder case); *The State of Texas vs. Jarred R. Reyna,* Cause No. D1-DC-13-202990, 167th Judicial District of Travis County, Texas (retained felony); *The State of Texas vs. Brandi Haggerton,* Cause No. 41290, 424th Judicial District of Burnet County, Texas; *The State of Texas vs. Ron Michael Schlueter,* Cause No. CR-950, 33rd Judicial District of Blanco County, Texas; *The State of Texas vs. Kristi Leonard,* Cause No. 1109, 33rd Judicial District of Blanco County, Texas; *State of Texas v. M.F*, A Juvenile, Cause No. JV-00098; In The 33rd District Court of Blanco County Sitting As A Juvenile Court; *State of Texas v. Jordan Waits*, Cause No. CR-01063; In The 424th District Court of Blanco County, Texas (defendant with mental illness issues); *State of Texas v. Timothy Blackard*, Cause No. 42386; In The 424th District Court of Burnet County, Texas (required competency evaluation and hearing); *State of Texas v. Timothy Simon*, Cause No. 42908, In The 424th District Court of Burnet County, Texas (complex aggravated sexual assault cases with extensive discovery/experts); *State of Texas v. Keith Posey*, Cause No. 6893, In The 33rd District Court of Llano County, Texas (retained felony DWI); *State of Texas v. Franklin Ray Greenwood, Jr.*, Cause No. 40369, In The 33rd District Court of Burnet County, Texas (Agg. Assault w/Deadly Weapon/bail jumping—on jury track); *State of Texas v. Brian K. Wilson*, Cause No. CR-6837, In The 424th District

Court of Llano County, Texas; *Jane Allison Hilton*, Cause No. CR-01195, In The 424th District Court of Blanco County, Texas; *State of Texas v. Evelyn Clark*, Cause No. 43660, 33rd District Court of Burnet County, Texas; *State of Texas v. Jason Moncovich*, Un-Indicted, In The 33rd District Court of Burnet County, Texas; *State of Texas v. Harold Fisher*, Un-Indicted, In The 424th District Court of Blanco County, Texas (retained felony).

5. Additionally, undersigned counsel has recently completed, or is currently working on, appellate briefs in the following appointed criminal cases: *Alexander Dolan Davis v. The State of Texas*, Cause No. 03-13-00460-CR, In The Third Court of Appeals—Austin; *Alexander Dolan Davis v. The State of Texas*, Cause No. 03-13-00459-CR, In The Third Court of Appeals—Austin; *Charles Eugene Herfurth v. The State of Texas*, Cause No. 03-13-00402-CR, In The Third Court of Appeals—Austin; *Patrick Edward Davis v. The State of Texas*, Cause No. 03-13-00456-CR, In The Third Court of Appeals—Austin; *Cole Lockhart v. The State of Texas*, Cause No. 13-13-00607-CR, In The Thirteenth Court of Appeals—Corpus Christi/Edinburg (brief filed July 13, 2014); *Cole Canyon Lockhart v. The State of Texas*, Cause No. 13-13-00608-CR, In The Thirteenth Court of Appeal—Corpus Christi/Edinburg (brief filed July 17, 2014; *Saul Salinas v. The State of Texas*, Cause No. 03-12-00117-CR, In The Third Court of Appeals—Austin (brief filed October 21, 2014);

*City of Bertram v. Vicki Reinhardt*, Cause No. 03-14-00296-CV, In The Third Court of Appeals—Austin (retained civil whistleblower case); *Tommy Lane Waddell v. The State of Texas*, Cause No. 13-13-00611-CR, In The Thirteenth Court of Appeals—Corpus Christi/Edinburg (brief filed 9/22/2014); *Kevin Hardin v. State of Texas*, Cause No. 03-14-00236-CR, Court of Appeals—Austin (brief filed January 5, 2015); *Brian Taylor v. The State of Texas*, Cause No. 03-14-00173-CR, In The Third Court of Appeals—Austin; *Nicole Holland v. The State of Texas*, Cause No. 03-14-00577-CR, In The Third Court of Appeals—Austin.

6. Additionally, undersigned counsel has had medical issues in the month of January that have prevented him from working.

For these reasons, the undersigned will not be able to complete the Appellant's brief by its current due date and respectfully requests that the deadline for Appellant's brief be extended ninety days days (to April 28, 2015). This extension is not sought only for delay, but so that justice can be done.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that the Court grant this motion for extension of time in which to file his brief and that the Court grant such other and further relief to which Appellant may show himself to be justly and equitably entitled.

Respectfully submitted,

/s/ Tracy D. Cluck

_____

TRACY D. CLUCK
Texas Bar No. 00787254
1450 West Hwy. 290, #855
Dripping Springs, Texas 78620
Telephone:  (512) 264-999
E-Fax:        (509) 355-1867
tracy@tracyclucklawyer.com

ATTORNEY FOR APPELLANT
TERRY LYNN STEVENS


## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Appellant has conferred by e-mail with Gary Bunyard, Assistant District Attorney, who states that he is not opposed to this motion.  This motion is being presented for the court's consideration.



/s/ Tracy D. Cluck

_____

TRACY D. CLUCK


## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record on January 28, 2015:

**VIA E-MAIL AND E-SERVE:**

Gary Bunyard
gary.bunyard@co.llano.tx.us

Assistant District Attorney
33rd & 424th Judicial Districts

Attorney for Appellee
The State of Texas

/s/ Tracy D. Cluck

TRACY D. CLUCK